```
 1
 2
 3
 4
 5
 6
 7                    IN THE UNITED STATES DISTRICT COURT
 8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10                                    )
    MICHAEL DEAN GARVEY,              )    2:02-cv-2743-GEB-DAD
11                                    )
              Plaintiff,              )
12                                    )
         v.                           )
13                                    )
    DAVID KEYES, et al.,              )
14                                    )
              Defendants.             )
15  _____    )
                                      )
16  MICHAEL DEAN GARVEY,              )    2:03-cv-767-GEB-DAD
                                      )
17            Plaintiff,              )
                                      )
18       v.                           )
                                      )
19  DAVID KEYES, et al.,              )
                                      )
20            Defendants.             )
    _____    )
21                                    )
    MICHAEL DEAN GARVEY,              )    2:03-cv-1691-GEB-DAD
22                                    )
              Plaintiff,              )
23                                    )
         v.                           )
24                                    )
    DAVID KEYES, et al.,              )
25                                    )
              Defendants.             )
26  _____    )
27                   NON-RELATED CASE ORDER
28
```

1

```
 1                                        )
   MICHAEL DEAN GARVEY,                   )    2:03-cv-1923-LKK-PAN(JFM)-P
 2                                        )
                Plaintiff,                )
 3                                        )
        v.                                )
 4                                        )
   U.S. DEPARTMENT OF JUSTICE             )
 5 OFFICE OF INTERNATIONAL                )
   AFFAIRS,                               )
 6                                        )
                Defendant.                )
 7 ─────────────────────────────────────  )
```

On March 2, 2006, Defendant in action number 03-cv-1923-LKK-PAN(JFM)-P, filed a "Notice of Related Cases" document, in which Defendant indicates the above-captioned cases are related within the meaning of Local Rule 83-123.  However, it has been determined that action number 03-cv-1923-LKK-PAN(JFM)-P is not related.

IT IS SO ORDERED.

Dated:  March 17, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2